WILLIAM J. COUSINS *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WOODBRIDGE

The plaintiff's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Vincent R. Falcone,* in support of the petition. *Frederick S. Moss,* in opposition.

Submitted May 23—decided June 7, 1977

PETER R. JOHL ET AL. *v.* TOWN OF GROTON

The motion to correct filed May 24, 1977, by the plaintiff Peter R. Johl in the appeal from the Superior Court in New London County is denied.

*Peter R. Johl,* pro se, in support of the motion.